◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARCADIO N. GONZALEZ, Appellant. [884 NYS2d 193]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (R. Doyle, J.), imposed September 19, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Spolzino, J.P., Santucci, Balkin and Chambers, JJ., concur.

